**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Precision 1 Contracting, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5131874** | |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 Martin Place** **Port Chester, NY 10573** | **3003 Purchase Street** **P.O. Box 40** **Purchase, NY 10577** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | **Precision 1 Contracting, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Precision 1 Contracting, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Precision 1 Contracting, Inc.**                                          Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Precision 1 Contracting, Inc.**                                                          Case number (*if known*)
          Name

---

| | Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 4, 2023**
               MM / DD / YYYY

X **/s/ Corinne Pasqualini**                              **Corinne Pasqualini**
  Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Scott A. Steinberg, Esq.**                  Date **January 4, 2023**
  Signature of attorney for debtor                        MM / DD / YYYY

**Scott A. Steinberg, Esq. 1838218**
Printed name

**Meltzer, Lippe, Goldstein & Breitstone, LLP**
Firm name

**190 Willis Avenue**
**Mineola, NY 11501**
Number, Street, City, State & ZIP Code

Contact phone    **516-747-0300**        Email address    **ssteinberg@meltzerlippe.com**

**1838218 NY**
Bar number and State

**United States Bankruptcy Court**
**Southern District of New York**

In re    **Precision 1 Contracting, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Corinne Pasqualini**, declare under penalty of perjury that I am the **President** of **Precision 1 Contracting, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of January, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Corinne Pasqualini, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Corinne Pasqualini, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Corinne Pasqualini, President** of this Corporation is authorized and directed to employ **Scott A. Steinberg, Esq. 1838218**, attorney and the law firm of **Meltzer, Lippe, Goldstein & Breitstone, LLP** to represent the corporation in such bankruptcy case."

Date    **January  4, 2023** _____    Signed _____
                                                              **Corinne Pasqualini**

Resolution of Board of Directors
of
**Precision 1 Contracting, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Corinne Pasqualini, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Corinne Pasqualini, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Corinne Pasqualini, President** of this Corporation is authorized and directed to employ **Scott A. Steinberg, Esq. 1838218**, attorney and the law firm of **Meltzer, Lippe, Goldstein & Breitstone, LLP** to represent the corporation in such bankruptcy case.

Date  **January  4, 2023** _____    Signed  _____

Date  **January  4, 2023** _____    Signed  _____

**Fill in this information to identify the case:**

Debtor name    **Precision 1 Contracting, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  4, 2023**            X /s/ Corinne Pasqualini
                                                Signature of individual signing on behalf of debtor

                                                **Corinne Pasqualini**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Precision 1 Contracting, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **All-Weld Products Corp. 102 Fairview Park Dr. Elmsford, NY 10523** | | **Trade debt** | | | | **$1,621.73** |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | | **Credit card purchases** | | | | **$23,000.00** |
| **Berkshire Hathaway Guard Ins. P.O. Box AH Wilkes Barre, PA 18703-0020** | | **Liability Insurance Premium** | | | | **$14,016.69** |
| **Berkshire Hathaway Guard Ins. P.O. Box AH Wilkes Barre, PA 18703-0020** | | **Workers Comp Policy Premium** | | | | **$2,654.56** |
| **Berkshire Hathaway Guard Ins. PO Box 785570 Philadelphia, PA 19178-5570** | | **Commercial Auto Insurance Premium** | | | | **$2,356.80** |
| **EZ Pass PO Box 15183 Albany, NY 12212-5183** | | **Tolls** | | | | **$280.90** |
| **Homans Associates 250 Ballardvalle Street Wilmington, MA 01887** | | **Trade debt** | | | | **$7,711.00** |
| **MVP Healthcare 625 State Street P.O. Box 2207 Schenectady, NY 12301-2207** | | **Health Insurance Premium** | | | | **$6,138.00** |

Debtor   **Precision 1 Contracting, Inc.**                    Case number *(if known)*
_____                        _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Optimum 1111 Stewart Avenue Bethpage, NY 11714-3581** | | **Trade debt** | | | | **$206.00** |
| **Port Byram Holdings, Ltd 1 Martin Place Port Chester, NY 10573** | | **Rent** | | | | **$35,000.00** |
| **Sheet Metal Workers Pension Fu 3180 Fairview Park Drive Suite 400 Falls Church, VA 22042** | | **Alleged Withdrawal Liability** | **Contingent Disputed** | | | **$2,662,668.00** |
| **Sunoco PO Box 78013 Phoenix, AZ 85062-8013** | | **Credit card purchases** | | | | **$1,155.71** |

**Fill in this information to identify the case:**

Debtor name __**Precision 1 Contracting, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $ _____36,521.94

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $ _____36,521.94

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____243,717.36

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ ____2,756,809.39

4. Total liabilities ..........................................................................................................
   Lines 2 + 3a + 3b   $ ____3,000,526.75

| Fill in this information to identify the case: |
|---|
| Debtor name    **Precision 1 Contracting, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Valley National Bank** | **Checking** | **2219** | **$11,000.00** |
| 3.2. | **Valley National Bank** | **Money Market** | **2243** | **$621.94** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                    **$11,621.94**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

| Debtor | **Precision 1 Contracting, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2008 GMC Truck | $1,000.00 | Liquidation | $1,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Assorted machinery, equipment and tools used in HVAC contracting business | $29,300.00 | Recent cost | $23,900.00 |

| 51. | **Total of Part 8.** | | $24,900.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

Debtor    **Precision 1 Contracting, Inc.**_____    Case number *(If known)* _____
          <sub>Name</sub>

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease for Premises located at 1 Martin Place, Port Chester, NY** | **Tenant** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**                                                    | **$0.00** |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Precision 1 Contracting, Inc.**                          Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,621.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $36,521.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $36,521.94 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Precision 1 Contracting, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1  ODK Capital d/b/a OnDeck**
Creditor's Name

**4700 West Daybreak Parkway**
**Suite 200**
**South Jordan, UT 84009**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/21/2022**

**Last 4 digits of account number**
**8609**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Unperfected Lien on All Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$46,056.00**     Column B: **$46,056.00**

---

**2.2  ODK Capital d/b/a OnDeck**
Creditor's Name

**4700 West Daybreak Parkway**
**Suite 200**
**South Jordan, UT 84009**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/21/2022**

**Last 4 digits of account number**
**4220**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Unperfected Lien on All Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$47,661.36**     Column B: **$47,661.36**

Debtor **Precision 1 Contracting, Inc.**                                    Case number *(if known)* _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **U.S. Small Business Administra** | Describe debtor's property that is subject to a lien | $150,000.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**2 North Street
Suite 320
Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**
**UCC-1 On All Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/26/2020**
**Last 4 digits of account number**
**7808**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $243,717.36 |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **OnDeck
1400 Broadway
New York, NY 10018** | Line  **2.1** | |

---

| Fill in this information to identify the case: |
|---|

Debtor name  **Precision 1 Contracting, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,621.73 |
|---|---|---|---|

**All-Weld Products Corp.**
**102 Fairview Park Dr.**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021 - 2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0432**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,000.00 |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **2004**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,016.69 |
|---|---|---|---|

**Berkshire Hathaway Guard Ins.**
**P.O. Box AH**
**Wilkes Barre, PA 18703-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/22**

Basis for the claim:  **Liability Insurance Premium**

Last 4 digits of account number  **3211**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,654.56 |
|---|---|---|---|

**Berkshire Hathaway Guard Ins.**
**P.O. Box AH**
**Wilkes Barre, PA 18703-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/22**

Basis for the claim:  **Workers Comp Policy Premium**

Last 4 digits of account number  **5320**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Precision 1 Contracting, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,356.80** |
|---|---|---|---|

**Berkshire Hathaway Guard Ins.**
**PO Box 785570**
**Philadelphia, PA 19178-5570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/7/2022

Basis for the claim:  **Commercial Auto Insurance Premium**

Last 4 digits of account number  1647

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.90** |
|---|---|---|---|

**EZ Pass**
**PO Box 15183**
**Albany, NY 12212-5183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim:  **Tolls**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,711.00** |
|---|---|---|---|

**Homans Associates**
**250 Ballardvalle Street**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,138.00** |
|---|---|---|---|

**MVP Healthcare**
**625 State Street**
**P.O. Box 2207**
**Schenectady, NY 12301-2207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Health Insurance Premium**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$206.00** |
|---|---|---|---|

**Optimum**
**1111 Stewart Avenue**
**Bethpage, NY 11714-3581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  6014

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Port Byram Holdings, Ltd**
**1 Martin Place**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,662,668.00** |
|---|---|---|---|

**Sheet Metal Workers Pension Fu**
**3180 Fairview Park Drive**
**Suite 400**
**Falls Church, VA 22042**

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Alleged Withdrawal Liability**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Precision 1 Contracting, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,155.71 |

**Sunoco**
**PO Box 78013**
**Phoenix, AZ 85062-8013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/1/2022__

Basis for the claim:  __Credit card purchases__

Last 4 digits of account number  __0304__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John Glover Agency**<br>**PO Box 700**<br>**Norwalk, CT 06852** | Line  __3.5__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **John M Glover Agency**<br>**PO Box 700**<br>**Norwalk, CT 06852** | Line  __3.4__<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Mooney, Green, Saindon, Murphy**<br>**1920 L Street**<br>**Suite 400**<br>**Washington, DC 20036** | Line  __3.11__<br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,756,809.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,756,809.39 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Precision 1 Contracting, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Automobile Lease** |
| State the term remaining | **9 months** |
| List the contract number of any government contract | **Mercedes Benz Financial Servic** **P.O.  Box 5209** **Carol Stream, IL 60197-5209** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Premises located at 1 Martin Place, Port Chester, New York** |
| State the term remaining | |
| List the contract number of any government contract | **Port Byram Holdings, Ltd** **1 Martin Place** **Port Chester, NY 10573** |

**Fill in this information to identify the case:**

Debtor name   **Precision 1 Contracting, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Corinne Pasqualini** | **3003 Purchase Street Purchase, NY 10577** | **ODK Capital d/b/a OnDeck** | ■ D   **2.2**   <br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Corinne Pasqualini** | **3003 Purchase Street Purchase, NY 10577** | **ODK Capital d/b/a OnDeck** | ■ D   **2.1**   <br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of New York

In re    **Precision 1 Contracting, Inc.** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____**20,000.00**

    Prior to the filing of this statement I have received _____    $ _____**20,000.00**

    Balance Due _____    $ _____**0.00**

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__**January  4, 2023**_____        **/s/ Scott A. Steinberg, Esq.**_____
_Date_                                          **Scott A. Steinberg, Esq. 1838218**
                                                _Signature of Attorney_
                                                **Meltzer, Lippe, Goldstein & Breitstone, LLP**
                                                **190 Willis Avenue**
                                                **Mineola, NY 11501**
                                                **516-747-0300  Fax: 516-747-0653**
                                                **ssteinberg@meltzerlippe.com**_____
                                                _Name of law firm_

# United States Bankruptcy Court
## Southern District of New York

In re    **Precision 1 Contracting, Inc.** _____    Case No. _____
                                            Debtor(s)                     Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Corinne Pasqualini**<br>**3003 Purchase Street**<br>**Purchase, NY 10577** | **Common Stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  4, 2023** _____    Signature    **/s/ Corinne Pasqualini** _____
                                                              **Corinne Pasqualini**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re __Precision 1 Contracting, Inc._____     Case No. _____

                                                    Debtor(s)     Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX


I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.



Date: __January  4, 2023_____          __/s/ Corinne Pasqualini_____
                                           __Corinne Pasqualini/President__
                                           Signer/Title

ALL-WELD PRODUCTS CORP.
102 FAIRVIEW PARK DR.
ELMSFORD, NY 10523


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS, TX 75265-0448


BERKSHIRE HATHAWAY GUARD INS.
P.O. BOX AH
WILKES BARRE, PA 18703-0020


BERKSHIRE HATHAWAY GUARD INS.
PO BOX 785570
PHILADELPHIA, PA 19178-5570


CORINNE PASQUALINI
3003 PURCHASE STREET
PURCHASE, NY 10577


EZ PASS
PO BOX 15183
ALBANY, NY 12212-5183


HOMANS ASSOCIATES
250 BALLARDVALLE STREET
WILMINGTON, MA 01887


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JOHN GLOVER AGENCY
PO BOX 700
NORWALK, CT 06852


JOHN M GLOVER AGENCY
PO BOX 700
NORWALK, CT 06852


MERCEDES BENZ FINANCIAL SERVIC
P.O. BOX 5209
CAROL STREAM, IL 60197-5209

MOONEY, GREEN, SAINDON, MURPHY
1920 L STREET
SUITE 400
WASHINGTON, DC 20036


MVP HEALTHCARE
625 STATE STREET
P.O. BOX 2207
SCHENECTADY, NY 12301-2207


NYC DEPT OF FINANCE
OFFICE OF LAGAL AFFAIRS
375 PEARL STREET, 30TH FLR
NEW YORK, NY 10038


NYS DEPT OF TAXATION & FINANCE
PO BOX 5300
W.A. HARRIMAN STATE CAMPUS
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INS. FUND
PO BOX 551
ALBANY, NY 12201


ODK CAPITAL D/B/A ONDECK
4700 WEST DAYBREAK PARKWAY
SUITE 200
SOUTH JORDAN, UT 84009


OFFICE OF THE U. S. TRUSTEE
201 VARICK STREET
ROOM 1006
NEW YORK, NY 10014


ONDECK
1400 BROADWAY
NEW YORK, NY 10018


OPTIMUM
1111 STEWART AVENUE
BETHPAGE, NY 11714-3581


PARKING VIOLATIONS BUREAU
210 JORALEMON STREET
BROOKLYN, NY 11201

```
PORT BYRAM HOLDINGS, LTD
1 MARTIN PLACE
PORT CHESTER, NY 10573


SECURITIES & EXCHANGE
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE 200 VESEY ST.
NEW YORK, NY 10281-1022


SHEET METAL WORKERS PENSION FU
3180 FAIRVIEW PARK DRIVE
SUITE 400
FALLS CHURCH, VA 22042


SUNOCO
PO BOX 78013
PHOENIX, AZ 85062-8013


U. S. ATTORNEY'S OFFICE
TAX AND BKTCY UNIT
86 CHAMBERS STREET, 3RD FLR
NEW YORK, NY 10007


U.S. SMALL BUSINESS ADMINISTRA
2 NORTH STREET
SUITE 320
BIRMINGHAM, AL 35203
```

# United States Bankruptcy Court
### Southern District of New York

In re __Precision 1 Contracting, Inc.__        Case No. _____

                       Debtor(s)      Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Precision 1 Contracting, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


__January  4, 2023__
Date

__/s/ Scott A. Steinberg, Esq.__
__Scott A. Steinberg, Esq. 1838218__
Signature of Attorney or Litigant
Counsel for   __Precision 1 Contracting, Inc.__
__Meltzer, Lippe, Goldstein & Breitstone, LLP__
__190 Willis Avenue__
__Mineola, NY 11501__
__516-747-0300 Fax:516-747-0653__
__ssteinberg@meltzerlippe.com__